UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIAN DELMORE, an individual,<br><br>                      Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, an agency of the State of Washington, and LISA FLYNN, in her individual capacity and/or official capacity,<br><br>                      Defendants. | No. 21-cv-05625-RSL<br><br>ORDER GRANTING JOINT MOTION FOR STAY |

      This matter is before the Court on the parties' Joint Motion for Stay. The Court, having considered the parties' Joint Motion for Stay; Declaration of Cindy Heidelberg, and exhibits thereto; and the record; it is therefore,

      ORDERED that this proceeding is stayed until such time as Plaintiff's criminal prosecution is concluded. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within fourteen days of the conclusion of the criminal prosecution, submit a Joint Status Report setting forth the parties' recommendations for a new trial date or, in the alternative, a stipulate motion for dismissal.

//

1  Dated this 5th day of November, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT MOTION
FOR STAY - 2