THE HONORABLE TIFFANY M CARTWRIGHT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JULIAN DELMORE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, an agency of the State of Washington, and LISA FLYNN, in individual capacity and/or official capacity,<br><br>Defendants. | NO. 3:21-cv-05625-TMC<br><br>**ORDER GRANTING MOTION FOR OVERLENGTH BRIEF AND FOR RELIEF FROM DEADLINE** |

THIS MATTER, having come for consideration on Plaintiff's Motion for Overlength Brief and for Relief from Deadline, and this Court having reviewed the materials filed on this issue and being fully advised: now therefore,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Overlength Brief and for Relief from Deadline is GRANTED.

**IT IS SO ORDERED.**

DATED this 11th day of July, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER GRANTING MOTION FOR OVERLENGTH BRIEF AND FOR RELIEF FROM DEADLINE - 1

BRESKIN | JOHNSON | TOWNSEND
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8

Presented by:

BRESKIN JOHNSON TOWNSEND, PLLC

By: *s/Cynthia Heidelberg*
    Cynthia J Heidelberg, WSBA #44121
    Roger M. Townsend, WSBA #25525
    1000 Second Avenue, Suite 3670
    Seattle, WA 98104
    Tel: (206) 652-8660
    cheidelberg@bjtlegal.com
    mlopez@bjtlegal.com

*Attorneys for Plaintiff*