**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JULIAN DELMORE, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, an agency of the State of Washington, and LISA FLYNN, in individual capacity and/or official capacity,<br><br>  Defendants. | NO. 3:21-cv-05625-TMC<br><br>ORDER GRANTING JOINT MOTION TO EXTEND SUPPLEMENTARY DISCOVERY AND SUMMARY JUDGMENT DEADLINES |

THIS MATTER having come before this Court on the parties' Joint Motion to Extend Supplementary Discovery and Summary Judgment Deadlines, and Defendants appearing through their attorneys Robert W. Ferguson, Attorney General, and Garth A. Ahearn, Assistant Attorney General, and Plaintiff appearing through his attorney, Cynthia Heidelberg, and the Court having considered the records and files herein, including:

  1.  Joint Motion to Extend Supplementary Discovery and Summary Judgment Deadlines;

  2.  Declaration of Garth Ahearn in Support of Joint Motion to Extend Supplementary Discovery and Summary Judgment Deadlines with attached exhibits;

and being fully advised; now, therefore,

IT IS HEREBY ORDERED that the parties' Joint Motion to Extend Supplementary Discovery and Summary Judgment Deadlines is hereby GRANTED.

IT IS FURTHER ORDERED the clerk of the court is authorized to extend the below deadlines:

| DEADLINE | NEW DATE |
| --- | --- |
| Deadline to Conclude Supplementary Discovery | December 4, 2024 |
| Summary Judgment Motion Hearing Deadline | December 18, 2024 |

DATED this 20th day of November, 2024.

Tiffany M. Cartwright
United States District Judge