UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIAN DELMORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT<br><br>OF CORRECTIONS; LISA FLYNN,<br><br>　　　　　Defendant. | Case No. 3:21-cv-05625-TMC<br><br>ORDER CONTINUING TRIAL |

## I.  ORDER

This case is currently set for trial beginning on March 3, 2025, with motions in limine due on February 3, 2025. On December 18, 2024, Defendants raised new grounds for dismissal of Defendant Washington Department of Corrections (DOC) in supplemental briefing on their pending summary judgment motion. Dkt. 67. In the same supplemental briefing, Plaintiff moved for partial summary judgment on his retaliation claim. Dkt. 71. On January 30, 2025, Plaintiff moved to strike the defense raised in DOC's supplemental briefing and alternatively sought leave to amend his complaint. Dkt. 83.

The Court makes every effort to avoid delaying trial dates. But the scope of new issues raised by the parties, the looming pretrial deadlines, and the fact that this Court has another

ORDER CONTINUING TRIAL - 1

overlapping trial set for March 10, 2025 have created good cause for a continuance. The Court therefore ORDERS that trial in this case is reset for May 5, 2025. All pretrial deadlines will be reset accordingly. The Clerk is directed to enter a new case scheduling order, beginning with the deadline for motions in limine, based on a new trial date of May 5, 2025.

Dated this 31st day of January, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER CONTINUING TRIAL - 2