UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIAN DELMORE, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, an agency of the State of Washington, and LISA FLYNN, in individual capacity and/or official capacity,<br><br>　　　　Defendants. | No. 3:21-cv-05625-TMC<br><br>ORDER REGARDING JOINT MOTION FOR LIMITED RESET OF CERTAIN PRE-TRIAL FILING DEADLINES |

THIS MATTER, having come for consideration on the parties' Joint Motion for Limited Reset of Certain Pre-Trial Filing Deadlines, and this Court having reviewed the materials filed on this issue and being fully advised: now therefore,

The Court CONCLUDES that good cause is shown to reset the filing deadlines for the agreed pretrial order, trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case, and deposition designations. IT IS HEREBY ORDERED that the parties' Joint Motion for Limited Reset of Certain Pre-Trial Filing Deadlines is GRANTED.

IT IS FURTHER ORDERED the clerk of the court is authorized to reset the filing deadlines for the motions in limine to March 21, 2025 and the agreed pretrial order, trial briefs,

proposed voir dire, jury instructions, agreed neutral statement of the case, deposition designations, and motions in limine responses to March 31, 2025.

**IT IS SO ORDERED.**

DATED this 11th day of March, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER REGARDING JOINT MOTION FOR
LIMITED RESET OF CERTAIN PRE-TRIAL
FILING DEADLINES - 2